## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Turner, Stephanie | Case Number:  08 B 04132 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  2/22/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  May 29, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 642.12 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 600.38 |
| Trustee Fee: | | 41.74 |
| Other Funds: | | 0.00 |
| Totals: | 642.12 | 642.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 600.38 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 20,768.23 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 514.54 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 3,266.14 | 0.00 |
| 6. | Credit Protection Association | Unsecured | | No Claim Filed |
| 7. | Medical Collections | Unsecured | | No Claim Filed |
| 8. | Harris & Harris | Unsecured | | No Claim Filed |
| 9. | Harris & Harris | Unsecured | | No Claim Filed |
| 10. | Harris & Harris | Unsecured | | No Claim Filed |
| 11. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 12. | Medical Collections | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 26,921.91 | $ 600.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 41.74 |
| | $ 41.74 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Turner, Stephanie | Case Number:  08 B 04132 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  2/22/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

